IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| ARVINDBHAI PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-051 |
| | ) | |
| DIRECTOR OF UNITED STATES | ) | |
| CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

Plaintiff filed the above-captioned case *pro se* on June 16, 2025.  (Doc. no. 1.)  Summons were issued that same day.  (Doc. no. 5.)  The Court has explained Plaintiff is responsible for serving Defendant in accordance with Federal Rule of Civil Procedure 4 and directed the Clerk of Court to attach a copy of Rule 4 to the Court's Order so that Plaintiff could determine the appropriate method of service for Defendant.  (Doc. no. 6.)  The Court specifically informed Plaintiff, under Fed. R. Civ. P. 4(m), he had ninety days from the complaint filing to accomplish service and that failure to accomplish service could result in dismissal of individual Defendants or the entire case.  (Id.)  Now, the ninety days allowed for service has elapsed, and there is no evidence in the record that Defendant has been served.

Rule 4(m) empowers courts with discretion to extend the time for service when a plaintiff demonstrates good cause for failing to timely serve process or any other circumstances warrant an extension of time.  Henderson v. United States, 517 U.S. 654, 662-63 (1996);

<u>Lepone-Dempsey v. Carroll Cnty. Comm'rs</u>, 476 F.3d 1277, 1282 (11th Cir. 2007);

<u>Horenkamp v. Van Winkle & Co.</u>, 402 F.3d 1129, 1132 (11th Cir. 2005).   Accordingly,

Plaintiff <u>shall have fourteen days from the date of this Order</u> to explain the reason(s) for the

delay in service of process and why this case should not be dismissed without prejudice for

failure to timely effect service.   The Court **DIRECTS** the Clerk of Court to attach a copy of

Rule 4(m) to this Order for Plaintiff's perusal.

       SO ORDERED this 16th day of September, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2